BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00039 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 4, 2010 AND |
| v. | ) ) | TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] |
| TOMMY ANDRE GATES, | ) ) ) | ORDER |
| Defendant. | ) ) ) | Hearing Date: April 13, 2010 Time:           9:00 a.m. |

The above-captioned matter is set on April 13, 2010 before this Court for a status hearing. The parties jointly request that the Court continue the matter to May 4, 2010 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and May 4, 2010.

On January 14, 2010, the Grand Jury charged Mr. Gates with possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), and felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). For the most serious offense – the § 924(c) charge – Mr. Gates is subject to a mandatory minimum sentence of five years, and a statutory maximum of life imprisonment. He also faces a statutory maximum sentence of five years for

the drug trafficking charge and no more than ten years for the felon-in-possession of a firearm charge.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the matter. In the meantime, the defense has received discovery in this case and needs additional time to review and process the materials provided and to discuss those materials with Mr. Gates. Additionally, the defense has requested additional discovery, including nexus and trace reports on the guns recovered in this case, and the government has agreed to provide those reports to the defense and the defense will need time to review them. The defense also requires additional time to investigate the circumstances of the offense and to collect Mr. Gates' prior conviction records to prepare an estimate of his anticipated Guidelines range.

The requested continuance will allow the defense to complete its review of the discovery, to investigate the underlying facts of the case, and to obtain and review relevant criminal history records. For this reason, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that the period of time from the date of this Stipulation to May 4, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: April 5, 2010         /S/
                             SKYE DAVIS
                             Assistant United States Attorney

DATED: April 5, 2010         /S/
                             ANGELA M. HANSEN

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-10-0039 SBA            2

Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.      /S/ ANGELA M. HANSEN

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to complete her review of the discovery and to discuss it with her client, and given that the government has agreed to produce additional discovery that the defense will need time to review;

2. Given that the defense needs additional time to investigate the underlying facts of the case and to obtain relevant records to calculate defendant's sentencing Guidelines range;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of April 13, 2010, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for May 4, 2010, at 9:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from April 13, 2010 to May 4, 2010.

DATED:4/7/10

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-10-0039 SBA                3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26