MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR L. RUSIN (CABN 241940)
Special Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3705
Facsimile: (510) 637-3724
E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR-10-00039 SBA |
|---|---|
| Plaintiff, | **WITHDRAWAL** OF APPEAL AND REQUEST TO STAY PRE-TRIAL RELEASE ORDER FOR DEFENDANT TOMMY ANDRE GATES AND [PROPOSED] ORDER |
| v. | |
| TOMMY ANDRE GATES, | |
| Defendant. | Date: |
| | Time: |
| | Court: Hon. Saundra Brown Armstrong |

The United States withdraws its request that this Court stay the Order of Magistrate Judge Donna M. Ryu granting pre-trial release to a halfway house to defendant Tommy Andre Gates, and appeal of the same order. On August 23, 2010, Magistrate Judge Donna M. Ryu ordered the defendant released to Cornell Corrections Halfway House in San Francisco, California, subject to certain terms and conditions. On August 24, 2010, Magistrate Judge Donna M. Ryu stayed her order granting pre-trial release to defendant Tommy Andre Gates until "the Hon. Saundra Brown Armstrong can hear the United States' appeal [of the release order]." On September 1, 2010,

WITHDRAWAL OF APPEAL AND REQ. TO STAY
PRE-TRIAL RELEASE ORDER AND [PROPOSED] ORDER
No. CR-10-00039 SBA

cc: Copy to parties via ECF, Lisa, Financial, Pret. Svcs.
2 certified copies to U.S. Marshal

1  Magistrate Judge Donna M. Ryu filed her formal release order. On September 2, 2010, the
2  United States filed its appeal of this decision. On September 8, 2010, District Court Judge
3  Saundra Brown Armstrong granted the defendant's Motion to Suppress Evidence in this case.
4  The United States is presently considering whether to appeal this decision. In light of the present
5  posture of the case, the United States respectfully withdraws its appeal and request for stay at this
6  time.

7

8  DATED: September 21, 2010                    Respectfully submitted,

9                                              MELINDA HAAG
                                                United States Attorney
10

11                                              _____/s/_____
                                                TREVOR L. RUSIN
12                                              Special Assistant United States Attorney

13

14      For the reasons stated above, the stay of the Order granting pre-trial release to a halfway
15  house to defendant Tommy Andre Gates is hereby LIFTED, and defendant Tommy Andre Gates
16  is to be released to the Cornell Corrections Halfway House in San Francisco, California, subject
17  to the terms and conditions of this Court's August 23, 2010, release order.
18      IT IS SO ORDERED.
19
20  DATED: 9/21/10                              _____
                                                HON. DONNA M. RYU
21                                              United States Magistrate Judge

WITHDRAWAL OF APPEAL AND REQ. TO STAY
PRE-TRIAL RELEASE ORDER AND [PROPOSED] ORDER
No. CR-10-00039 SBA

**FILED**

AUG 24 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND**

| DATE | CASE NUMBER |
|---|---|
| 8/23/10 | CR-10-00039 SBA |

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| TOMMY ANDRE GATES | Cornell Corrections Halfway House San Francisco | |

| NAME OF SURETY CO-Signer | RELATIONSHIP TO DEFENDANT | ADDRESS OF SURETY CO-signer | TELEPHONE NUMBER |
|---|---|---|---|
| TIFFANY DOYLE | Deft's Significant Other | 457 98th Ave Oakland, CA 94603 | (510) 575-5720 Cell |

| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |
|---|---|---|---|

| AMOUNT OF BOND | ☒ UNSECURED | ☐ SECURED BY | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE | COURTROOM/JUDGE |
|---|---|---|---|---|---|---|
| $100,000 PR | | $ | | | 9/7/10 @ 9:00 am | Judge Armstrong |

**CONDITIONS OF RELEASE AND APPEARANCE**

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo; Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.
☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in _Oakland/San Francisco_. See addresses and telephone numbers on reverse side.
☒ Defendant shall surrender all passports and visas to the Court by _ASAP if any_ (Deft said he has no passport) and shall not apply for any passports or other travel documents.
☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant shall remain in the custody of custodian _____ at _____, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
☒ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
☒ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.
☒ Defendant shall not change residence without prior approval of Pretrial Services.
☐ Defendant shall comply with the following curfew: _____ to _____.
☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____
☒ Defendant must ☒ reside in Halfway House & may leave only for ☐ participate in Residential Treatment _____
☐ The following conditions also apply: _court appearances, medical reasons & as pre-authorized or as directed by Pret. Svcs._

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

**CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE**

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | | SIGNATURE(S) OF SURETY(ies) | |
|---|---|---|---|
| X _Tommy Gates_ | 8/23/10 | X _Tommy Gates_ | 8/23/10 |

| SIGNATURE OF CUSTODIAN CO-signer | |
|---|---|
| X _Tiffany D_ | 8/23/2010 |

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. ▶

| SIGNATURE OF MAGISTRATE JUDGE | DATE |
|---|---|
| | 8/24/10 |

1-CLERK OF COURT-WHITE COPY