MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR L. RUSIN (241940)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00039 SBA |
| | ) | |
|     Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
|   v. | ) | |
| | ) | |
| TOMMY ANDRE GATES, | ) | Date: |
| | ) | Time: |
|     Defendant. | ) | Court: Hon. Saundra Brown Armstrong |
| _____ | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:

Respectfully submitted,

MELINDA HAAG
United States Attorney


_____/s/_____
MAUREEN BESSETTE
Chief, Oakland Branch

NOTICE OF DISMISSAL (CR 10-00039 SBA)

1    Leave is granted to the government to dismiss the indictment.

2

3    Date: 10/6/10

4                                              HON. SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

2